■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND HINES, Appellant. [605 NYS2d 920] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Leis, J.), rendered October 14, 1992.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Rosenblatt, Lawrence and Joy, JJ., concur.